1

2

3

4

5

6

7

8

9

10          UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

RICKY LYNN NEWTON,                )     1:09-CV-00113 OWW GSA HC
13                                )
            Petitioner,           )     ORDER ADOPTING FINDINGS AND
14                                )     RECOMMENDATION
                                  )     [Doc. #12]
15                                )
     v.                           )     ORDER DENYING PETITION FOR WRIT
16                                )     OF HABEAS CORPUS
                                  )
17                                )     ORDER DIRECTING CLERK OF COURT
KEN CLARK, Warden,                )     TO ENTER JUDGMENT
18                                )
            Respondent.           )     ORDER DECLINING TO ISSUE
19   _____)     CERTIFICATE OF APPEALABILITY

20

21          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

22   pursuant to 28 U.S.C. § 2254.

23          On February 4, 2009, the Magistrate Judge issued a Findings and Recommendation that

24   recommended the petition be SUMMARILY DENIED.  The Magistrate Judge further recommended

25   that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was

26   served on all parties and contained notice that any objections were to be filed within thirty (30) days

27   of the date of service of the order.

28          On February 18, 2009, Petitioner filed objections to the Findings and Recommendation. In

accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*

review of the case.  Having carefully reviewed the entire file and having considered the objections,

the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the

record and proper analysis, and there is no need to modify the Findings and Recommendations based

on the points raised in the objections.

A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a

district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-

El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).  The controlling statute in determining whether to issue

a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.

> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.

> (c)    (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–

> > (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

> > (B) the final order in a proceeding under section 2255.

> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

If a court denies a petitioner's petition, the court may only issue a certificate of appealability

"if jurists of reason could disagree with the district court's resolution of his constitutional claims or

that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000).  While the

petitioner is not required to prove the merits of his case, he must demonstrate "something more than

the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 123 S.Ct. at

1040.

1    In the present case, the Court finds that reasonable jurists would not find the Court's

2 determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

3 deserving of encouragement to proceed further.  Petitioner has not made the required substantial

4 showing of the denial of a constitutional right.  Accordingly, the Court hereby DECLINES to issue a

5 certificate of appealability.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1. The Findings and Recommendation issued February 4, 2009, is ADOPTED IN FULL;

8    2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

9    3. The Clerk of Court is DIRECTED to enter judgment; and

10    4. The Court DECLINES to issue a certificate of appealability.

11 IT IS SO ORDERED.

12 **Dated:   February 24, 2009**               **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28